UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Wright v. Monsanto Co.*,<br>Case No. 3:23-cv-03609-VC | **ORDER DENYING PLAINTIFF'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 19439 |

The plaintiff's request to voluntarily dismiss his case without prejudice is denied. Monsanto filed an answer before the plaintiff's request and did not stipulate to dismissal, so the plaintiff must show that the dismissal is "on terms that the court considers proper." Fed. R. Civ. Proc. 41(a)(2). The plaintiff has not made such a showing.

**IT IS SO ORDERED.**

Dated: January 13, 2025

VINCE CHHABRIA
United States District Judge